772 A.2d 915

IN THE MATTER OF HARI G. AHRENS, AN ATTORNEY AT LAW

May 25, 2001.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **HARI G. AHRENS** of **WATCHUNG,** who was admitted to the bar of this State in 1984;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (conduct reflecting adversely on fitness to practice law);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(b) and that said conduct warrants a three-month suspension;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a three-month suspension is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HARI G. AHRENS** is hereby suspended from the practice of law for a period of three months effective June 23, 2001, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **HARI G. AHRENS** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for the appropriate administrative costs incurred in the prosecution of this matter.